UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80877-CIV-HURLEY
(95-8089-CR-HURLEY)
MAGISTRATE JUDGE P.A. WHITE

GARY ALPHONSO PARSON,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

ORDER OF DISMISSAL
FOR FAILURE TO FILE
AUTHORIZATION REQUIRED BY
28 U.S.C. §2244(b)(3)

For the reasons stated in the Report of the Magistrate Judge [DE 4] and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This case is dismissed for failure of the movant to obtain from the Eleventh Circuit Court of Appeals the authorization required by 28 U.S.C. §2244(b)(3).

2. All motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at West Palm Beach, Florida, this 7th day of September, 2010.

                                                                            UNITED STATES DISTRICT JUDGE

cc: Gary Parsons, Pro Se
    Reg. No. 40458-004
    Address of record

    AUSA